```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 Ranier Lapompe,

                  Plaintiff,                    MEMORANDUM & ORDER
                                                21-cv-4160(EK)(TAM)
           -against-

 Commissioner of the Social Security
 Administration,

                  Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Merkl's Report and Recommendation (R&R) dated February 7, 2025.  ECF No. 27.  Judge Merkl recommends granting Plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b).  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Merkl's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, Plaintiff's counsel is awarded $15,952.75 in fees.  Plaintiff's counsel is directed to reimburse Plaintiff $5,122.24 in fees awarded under

the Equal Access to Justice Act ("EAJA") once Counsel receives the EAJA payment.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   February 24, 2025
         Brooklyn, New York